Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030

Tel:  626-799-9797
Fax:  626-799-9795
TPRLAW@att.net

Attorneys for Plaintiffs
J & J Sports Productions, Inc.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> ANGEL ROBERT BENITEZ, et al. <br><br> Defendants. | CASE NO. 1:11-cv-01875-AWI-DLB <br><br><br> PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING INITIAL SCHEDULING CONFERENCE; AND ORDER (Proposed) |

**TO THE HONORABLE DENNIS L. BECK, THE PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PlaintiffJ & J Sports Productions, Inc. hereby applies *ex parte* for an order Continuing Initial Scheduling Conference in this action, presently set for Tuesday, February 14, 2012 at 9:00 a.m. This request will be, and is, necessitated by the fact that defendants Angel Robert Benitez and Angela Gonzalez, individually and d/b/a Sanger Pool Hall are in default[1].

As such, as of this writing, Plaintiff has yet to receive an answer or any other responsive pleading from the defendants.  As a result, Plaintiff's counsel has not conferred with the defendants concerning the claims, discovery, settlement, ADR or any of the other pertinent issues involving the case itself or the preparation of a Joint Case Management Conference Statement.

///

---

[1] Please see Docket Entry Number No. 7.

**PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER
CONTINUING INITIAL SCHEDULING CONFERENCE;
AND ORDER (Proposed)
CASE NO. 1:11-cv-01875-AWI-DLB
PAGE 1**

**WHEREFORE**, Plaintiff respectfully requests that this Honorable Court vacate Initial Scheduling Conference presently scheduled for Tuesday, February 14, 2012 at 9:00 a.m. in order that Plaintiff and its counsel may avoid unnecessary fees and costs in this matter presently pending final disposition by virtue of Plaintiff's Application for Default Judgment by the Court.

Respectfully submitted,

Dated: February 3, 2012

*/s/ Thomas P. Riley*
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
By: Thomas P. Riley
Attorneys for Plaintiff
J & J Sports Productions, Inc.

///

///

///

///

///

///

///

///

///

///

///

///

**ORDER**

It is hereby ordered that Initial Scheduling Conference in civil action number 1:11-cv-01875-AWI-DLB styled *J & J Sports Productions, Inc. v. Angel Robert Benitez, et al.*, is hereby vacated.

Plaintiff shall also serve a copy of this Order on the Defendants and thereafter file a Certification of Service of this Order with the Clerk of the Court.

IT IS SO ORDERED.

Dated:   **February 3, 2012**              /s/ *Dennis L. Beck*
                                                            UNITED STATES MAGISTRATE JUDGE