Thomas P. Riley, SBN 194706
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227
Tel:  626-799-9797
Fax:  626-799-9795
TPRLAW@att.net
**Attorneys for Plaintiff**
**J & J Sports Productions, Inc.**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
## FRESNO DIVISION

| | |
|---|---|
| **J & J SPORTS PRODUCTIONS, INC.,** | **Case No. 1:11-cv-01875-AWI-DLB** |
| **Plaintiff,** | **PLAINTIFF'S REQUEST FOR TELEPHONIC APPEARANCE FOR MOTION FOR DEFAULT JUDGMENT; and ORDER** |
| **vs.** | |
| **ANGEL ROBERT BENITEZ, et al.,** | **DATE:  Friday, March 23, 2012** |
| **Defendant(s).** | **TIME:   9:00 A.M.** |

**TO THE HONORABLE DENNIS L. BECK, THE DEFENDANT(S),**
**AND THEIR ATTORNEY(S) OF RECORD:**

The undersigned counsel for Plaintiff J & J Sports Productions, Inc., respectfully requests the opportunity to appear telephonically for the upcoming Motion for Default Judgment presently scheduled for Friday, March 23, 2012 at 9:00 A.M.

This request is necessitated by the fact that Plaintiff's counsel's law firm is located in South Pasadena, Los Angeles County, outside the Fresno Division of this Honorable Court.

///
///
///

1

**WHEREFORE,** Plaintiff respectfully requests that Plaintiff's counsel be permitted to appear

2 by telephone for the Motion for Default Judgment presently scheduled for Friday, March 23, 2012 at

3 9:00 A.M.

4

5                                                              Respectfully submitted,

6

7

8 Date:   March 9, 2012                                        */s/ Thomas P. Riley*

9                                                              **LAW OFFICES OF THOMAS P. RILEY, P.C.**
                                                               By: Thomas P. Riley

10                                                             Attorneys for Plaintiff
                                                               J & J Sports Productions, Inc.

11 ///

12 ///

13 ///

14 ///

15 ///

16 ///

17 ///

18 ///

19 ///

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28

## **ORDER**

It is hereby ordered that Thomas P. Riley, Plaintiff's lead trial counsel in civil action number 1:11-cv-01875-AWI-DLB styled *J & J Sports Productions, Inc. v. Benitez, et al.*, is hereby granted permission to appear telephonically at the Motion for Default Judgment presently scheduled for Friday, March 23, 2012 at 9:00 A.M.


IT IS SO ORDERED.

Dated:   **March 9, 2012**              /s/ *Dennis L. Beck*
                                   UNITED STATES MAGISTRATE JUDGE