# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ANGEL ROBERT BENITEZ, et al.,<br><br>　　　　Defendants. | Case No.  1:11-cv-1875-AWI-SAB<br><br>ORDER REFERRING PENDING MOTION TO DISMISS TO MAGISTRATE JUDGE STANLEY A. BOONE |

　　　　On November 10, 2011, Plaintiff J & J Sports ("Plaintiff") filed a complaint against Defendants Angel Robert Benitez and Angela Gonzalez ("Defendants"). (ECF No. 1.) After Defendants failed to respond, default was entered on February 2, 2012, and default judgment was entered on September 26, 2012. (ECF Nos. 8, 9, 18.) Defendants filed a motion to set aside the default and default judgment on October 19, 2012. (ECF No. 20.) On September 6, 2013, an order issued setting aside the default judgment. (ECF No. 31.) On September 11, 2013, Defendants filed a motion to dismiss. (ECF No. 35.)

　　　　The Court finds that the pending motion to dismiss should be referred to Magistrate Judge Stanley A. Boone for entry Findings and Recommendations pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 72.

　　　　Accordingly, it is HEREBY ORDERED that:

　　　　1.　　The pending motion to dismiss (ECF No. 35) is REFERRED to Magistrate Judge Stanley A. Boone;

1

2. The October 28, 2013 hearing before the undersigned is VACATED; and

3. If Magistrate Judge Boone desires a hearing on the pending motion, Magistrate Judge Boone's Chambers will contact the parties and set a hearing date at Magistrate Judge Boone's convenience.

IT IS SO ORDERED.

Dated:   September 12, 2013

SENIOR DISTRICT JUDGE