# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., | Case No. 1:11-cv-01875-AWI-SAB |
| Plaintiff, | ORDER VACATING DATES AND REQUIRING PARTIES TO FILE DISPOSITIVE DOCUMENTS WITHIN TWENTY ONE DAYS |
| v. | |
| ANGEL ROBERT BENITEZ, et al., | |
| Defendants. | |

This action was set for a motion to dismiss hearing on October 30, 2013. On that date, Plaintiff filed a notice of settlement. Due to the notice of settlement, the hearing set for October 30, 2013 at 9:30 a.m. and all future dates are HEREBY VACATED.

IT IS FURTHER ORDERED that the parties shall file dispositive documents within twenty-one days from the date of service of this order.

IT IS SO ORDERED.

Dated: **October 30, 2013**

UNITED STATES MAGISTRATE JUDGE