Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

FILED
NOV 15 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> ANGEL ROBERT BENITEZ, ET AL., <br><br> Defendant. | Case No. 1:11-cv-01875-AWI-SAB <br><br> NOTICE OF VOLUNTARY DISMISSAL |

**NOTICE IS HEREBY GIVEN**, that, Plaintiff voluntarily dismisses **with prejudice** the following Defendant: ANGEL ROBERT BENITEZ and ANGELA GONZALEZ, individually and d/b/a SANGER POOL HALL, and the above-entitled action in its entirety. This Dismissal is made pursuant to FRCP 41 (a).

Dated: November 14, 2013     s/Thomas P. Riley
LAW OFFICES OF THOMAS P. RILEY, P.C.
By: Thomas P. Riley
Attorneys for Plaintiff
J & J Sports Productions, Inc.

It is so Ordered. Dated: 11-15-13

_____
United States District Judge

///
///